IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

| | | |
|---|---|---|
| CHAI CHANG, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 3:09-cv-00557-slc |
| | ) | Magistrate Judge Crocker |
| P.N. CREDIT SERVICES, INC., | ) | |
| | ) | |
| Defendant. | ) | |

### ENTRY OF DEFAULT

Plaintiff, CHAI CHANG, has requested that the Clerk of this Court enter a default against Defendant, P.N. CREDIT SERVICES, INC., pursuant to Federal Rule of Civil Procedure 55(a). It appearing from the record that Defendant has failed to appear, plead or otherwise defend, the default of Defendant, P.N. CREDIT SERVICES, INC. is hereby entered pursuant to Federal Rule of Civil Procedure 55(a).

Dated this 7th day of December, 2009.

Peter Oppeneer, Clerk of Court