UNITED STATES DISTRICT COURT
For the
Western District of Wisconsin

```
DOC NO
REC'D/FILED
2009 DEC 11 AM 9: 16
PETER OPPENEER
CLERK US DIST COURT
WD OF WI
```

|  |  |
|---|---|
| CHAI CHANG )<br>　　Plaintiff )<br> )<br>V. )<br> )<br>PN CREDIT SERVICES, INC. )<br>　　Defendant ) | Civil Action No.:<br>09-cv-557 |

## DEFENDANT'S AFFIDAVIT IN SUPPORT OF OPPOSITION TO PLAINTIFF'S MOTION FOR ENTRY OF DEFAULT

Now comes the Defendant in the above-captioned matter and provides his Affidavit under the pains and penalties of perjury.

1) Defendant is a Massachusetts Corporation and does not have any locations in Wisconsin.

2) Defendant has local counsel in Massachusetts; said counsel has attempted to resolve this matter out of court and answer was not filed pending settlement discussions.

3) As the parties are unable to finalize settlement at this time, Defendant has provided his Answer attached hereto.

4) Defendant will obtain local counsel to defend this lawsuit.

5) The Defendant will be unduly harmed by the entry of default whereas the Plaintiff will still have its day in court should the matter continue.

**WHEREFORE**, the Defendant in the above-captioned matter respectfully requests this Honorable Court to deny Plaintiff's Motion for Entry of Default and permit this matter to continue.

Patrick Wilson, PN Credit Services Inc, Pro Se:

_____
Patrick Wilson, Compliance Dept
PN Credit Services, Inc.