IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| CHAI CHANG, | ) |
|        Plaintiff, | ) |
| v. | ) No. 3:09-cv-00557-slc |
| | ) Magistrate Judge Crocker |
| P.N. CREDIT SERVICES, INC., | ) |
|        Defendant. | ) |

### DEFAULT JUDGMENT

Defendant, P.N. CREDIT SERVICES, INC., having failed to appear, plead or otherwise defend in this action, and default having been entered on November 7, 2009, and counsel for Plaintiff having requested judgment against the defaulted Defendant and having filed a proper motion and affidavit in accordance with Federal Rule of Civil Procedure 55 (a) and (b);

Judgment is hereby entered in favor of Plaintiff, CHAI CHANG, and against Defendant, P.N. CREDIT SERVICES, INC., as follows:

    a. Statutory damages in the amount of $1,000.00
    b. Actual damages in the amount of $1,500.00.
    c. My attorneys' fees, in the amount of $2,454.50.
    d. My court costs, in the amount of $465.00

Plus interest on the judgment at the legal rate until the judgment is satisfied.

Dated: February 19, 2010

_____
~~Clerk of Court (if sum is certain)~~
District Judge (in all other instances)

Entered this 22d day of February, 2010.

_____
Peter Oppeneer, Clerk U.S. District Court